# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:   Rosalind Devora Brown            ) Chapter: 13
                                          ) Bankruptcy No: 10-81071
                                          ) Account No: xxx6641
                                          ) **REQUEST FOR NOTICE**

Comes now the United States of America, acting through Rural Development, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Development, at the following address:

        United States Department of Agriculture
        Centralized Servicing Center
        PO Box 66879
        St. Louis, MO 63166

        UNITED STATES OF AMERICA
        United States Department of Agriculture
        Rural Development

Date:   06/29/10                    *Deborah M. Mitchell* (signature)
                                          Deborah M. Mitchell
                                          Bankruptcy Processor
                                          Centralized Servicing Center - USDA
                                          1-800-349-5097 ext. 5386