UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**ROSALIND DEVORA BROWN**
S.S. No.: xxx-xx-2210
Mailing Address: 2 ORION CR, Rougemont, NC 27572-

Case No. 10-81071

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on June 18, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 26, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 5/12/10 |
|---|---|
| Lastname-SS#: | Brown-2210 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| USDA - 1st DOT | | | ** |
| USDA - Escrow | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD. DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| USDA - 1st DOT | | $570 | N/A | n/a | $570.00 | Residence and personal property |
| USDA - Escrow | | $219 | N/A | n/a | $219.00 | Residence |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD. SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD. SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int. % | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | | Amount |
|---|---|---|
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$909** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **30.51** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) ©LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

CRE Group Inc
P.O. Box 2594
Waterloo, IA 50704

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Services
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Credit Financial Services
Post Office Box 451
Durham, NC 27702-0451

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Allied Interstate
Post Office Box 1962
Southgate, MI 48195-1962

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Allied Interstate Inc.**
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

DirecTV
P.O. Box 9001069
Louisville, KY 40290-1069

Experian
P.O. Box 2002
Allen, TX 75013-2002

Blair Corp
307 Liberty St
Warren, PA 16366

Duke University Hospital
Post Office Box 70841
Charlotte, NC 28272-0841

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Central Carolina Foot & Ankle
4119 Capitol Street
Durham, NC 27704

Durham Diagnostic Imaging
Post Office Box 13166
Roanoke, VA 24021

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Concorde Collection
PO Box 663
Holmes, PA 19043-1444

Durham Emergency Physicians **
P.O. Box 15133
Durham, NC 27704-0133

| | | |
|---|---|---|
| Durham Regional Hospital<br>Post Office Box 70841<br>Charlotte, NC 28272-0841 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | USDA Rural Housing Service(MD)<br>Bankruptcy Department<br>Post Office Box 66879<br>Saint Louis, MO 63166-6879 |
| First Premier Bank<br>Post Office Box 5147<br>Sioux Falls, SD 57117-5147 | Pan American Life<br>PO Box 2947<br>Covington, LA 70434-2947 | Vantage Sourcing, LLC<br>328 Ross Clark Circle<br>Dothan, AL 36303 |
| Harry Orchards<br>P.O. Box 3149<br>Mission, TX 78573 | PCS Stamps and Coins<br>47 Richards Ave<br>Norwalk, CT 06857 | Verizon Wireless<br>Post Office Box 660108<br>Dallas, TX 75266-0108 |
| Internal Revenue Service (MD)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Penn Credit Corporation<br>Post Office Box 988<br>Harrisburg, PA 17108-0988 | Verizon Wireless Bankruptcy****<br>Administration<br>Post Office Box 3397<br>Bloomington, IL 61702-3397 |
| MCB<br>2066 14 Avenue #102<br>Vero Beach, FL 32960 | Providian<br>Post Office Box 660509<br>Dallas, TX 75266-0509 | Willabee & Ward<br>47 Richards Ave<br>Norwalk, CT 06857 |
| Music Service Club<br>c/o National Receovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111 | Solomon And Solomon<br>Columbia Circle<br>Box 15019<br>Albany, NY 12203 | |
| National Recovery<br>4201 Crums Mill Road<br>Harrisburg, PA 17112 | The Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | |
| NCO Financial Systems, Inc.<br>Post Office Box 41457<br>Philadelphia, PA 19101 | US Attorney's Office (MD)**<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 | |
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | USDA Rural Housing Service<br>Post Office Box 66827<br>Saint Louis, MO 63166-6827 | |